**NOT DESIGNATED FOR PUBLICATION**

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**NO. 04-0724**


**STATE OF LOUISIANA**

**VERSUS**

**DARRELL BRENT WHATLEY**


************

APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT,
PARISH OF EVANGELINE, NO. 64517-FA,
HONORABLE JOHN L. VIDRINE, DISTRICT JUDGE

************

**JIMMIE C. PETERS**
**JUDGE**

************

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Glenn B. Gremillion, Judges.

**SENTENCE VACATED AND SET ASIDE; REMANDED FOR RESENTENCING.**

**Raymond J. LeJeune**
**Assistant District Attorney**
**1401 Poinciana Avenue**
**Mamou, LA 70554**
**(337) 468-2229**
**COUNSEL FOR:**
        **State of Louisiana**

**Anthony C. Dupre**
**Attorney at Law**
**Post Office Drawer F**
**Ville Platte, LA 70586**
**(337) 363-3804**

**COUNSEL FOR DEFENDANT/APPELLANT:**
Darrell Brent Whatley